IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**SPENCER ALLEN FORD**,

**Petitioner,**

v.

**WARDEN JAMES CROSS,**

**Respondent.**                                       No. 10-CV- 0224-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on October 7, 2010, the petition for writ of habeas corpus is **DENIED** and this petition is **DISMISSED** with prejudice.

                                              **NANCY J. ROSENSTENGEL,**
                                              **CLERK OF COURT**


**BY:**       _/s/**Sandy Pannier**_
                                                 **Deputy Clerk**

Dated: October 8, 2010


APPROVED: /s/   *David R Herndon*
                CHIEF JUDGE
                U. S. DISTRICT COURT